```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------------

JESSICA KARIM,

                        Plaintiff,

    - against -

KETTLE & FIRE, INC.,

                        Defendant.

24-cv-1050 (JGK)

ORDER

-----------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **May 24, 2024.** Failure to notify the Court by that date may result in dismissal without prejudice.

SO ORDERED.

Dated:    New York, New York
           April 29, 2024

                                                  John G. Koeltl
                                      United States District Judge