UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA KARIM,

                Plaintiff,        24-cv-1050 (JGK)

    - against -                ORDER

KETTLE & FIRE, INC.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **May 20, 2024.**

SO ORDERED.

Dated:    New York, New York
            May 6, 2024

                                            John G. Koeltl
                                      **United States District Judge**